UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PATRICK A. O'BRIEN,

Plaintiff,

v.

REPUBLIC BANK AND JOSEPH FERGUSON, III, Individually,

Defendants.

Case No.: 01-2007 MJD/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys, that the above-entitled matter may be and hereby is **dismissed with prejudice** and without costs, disbursements, expenses or attorney's fees to any of the parties, and that any party may, without notice, apply to the Court for an Order directing that Judgment of Dismissal with prejudice be rendered.

Dated: March 12, 2002

**JOHNSON, KILLEN & SEILER, P.A.**

By: _______________
NICHOLAS OSTAPENKO, #83069
230 West Superior Street, Suite 800
Duluth, MN 55802
(218) 722-6331
*Attorneys for Defendant Republic Bank*

**COUSINEAU, MCGUIRE & ANDERSON**

By: _______________
PETER G. VAN BERGEN - #112033
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416
(952) 525-6952
*Attorneys for Defendant Joseph Ferguson, III*

Dated: 3/15/02

**MESSERLI & KRAMER, P.A.**

By: _______________
JAMES V. ROTH - #93774
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4246
(612) 672-3600
*Attorneys for Plaintiff Patrick A. O'Brien*

FILED APR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR JUDGMENT**

The foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** having been presented to the Court on behalf of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 4 day of April, 2002.

**BY THE COURT:**

The Honorable Michael J. Davis
United States District Court Judge

**JUDGMENT OF DISMISSAL**

The Stipulation of Dismissal With Prejudice having been filed in the above-entitled matter on the ____ day of ____________, 2002, dismissing Plaintiff's claims and causes of action against Defendants, and the Court having entered its Order thereof on the ____ day of _______________, 2002. **NOW, PURSUANT TO SAID ORDER, JUDGMENT OF DISMISSAL IS HEREBY ENTERED**, dismissing Plaintiff's claims against Defendants on the merits and without costs and disbursements to any party.

Witness The Honorable Michael J. Davis, Judge of United States District Court, at Minneapolis, Minnesota, this ____ day of _______________, 2002.

Court Administrator

By: ________________________________