# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patrick A. O'Brien,

Plaintiff,

Case No. Civil 01-2007 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Republic Bank and Joseph Ferguson, III,
Individually

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that: the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party.**

DATE: April 4, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk